**Order filed, September 16, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00752-CR
_____

**DARLEN G. SCHNEXNAIDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No 1
Fort Bend County, Texas
Trial Court Cause No. 10CCR150286**

---

## ORDER

The reporter's record in this case was due **February 08, 2011**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sheryl Stapp**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM